| STATE OF NORTH CAROLINA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| | ) | |
| ELLIS JAMES LUKER, III | ) | |

No. 21P84

(Filed 5 June 1984)

DEFENDANT'S petition for further review is allowed for the purpose of entering the following order:

The opinion of the Court of Appeals is correct insofar as it determines that defendant was actually denied his Sixth Amendment right to counsel for the presentation of his evidence and closing arguments at his trial. On the authority of *State v. Colbert*, 311 N.C. 283, 316 S.E. 2d 79 (1984), we conclude the Court of Appeals erred in concluding that such denial did not result in reversible error. *Cf. Strickland v. Washington*, --- U.S. ---, 35 Crim. L. Rep. 3066 (14 May 1984); *United States v. Cronic*, --- U.S. ---, 35 Crim. L. Rep. 3061 (14 May 1984). The decision of the Court of Appeals concluding that there was no error in defendant's trial is, therefore, reversed, and it is

ORDERED that defendant be given a new trial.

By order of the Court in Conference this 5th day of June 1984.

FRYE, J.

For the Court

AMENDMENT
NORTH CAROLINA SUPREME COURT
LIBRARY RULES

Pursuant to Section 7A-13(d) of the General Statutes of North Carolina, the following amendment to the Supreme Court Library Rules as promulgated December 20, 1967 (275 N.C. 729) and amended November 28, 1972 (281 N.C. 772), April 14, 1975 (286 N.C. 731), July 24, 1980 (299 N.C. 745), July 19, 1982 (305 N.C. 784), and November 8, 1983 (309 N.C. 829) has been approved by the Library Committee and hereby is promulgated:

Section 1. Appendix I, Official Register, State of North Carolina, is amended by the following addition:

(11) The State President of the Department of Community Colleges.

Section 2. This amendment shall become effective June 21, 1984.

This the 21st day of June, 1984.

Frances H. Hall
Librarian

APPROVED:
James G. Exum, Jr.
Chairman, For the Library Committee